James Cai, SBN 200189
Paul Hunt, SBN 111649
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Plaintiff
HANSSON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRAN BROWER, EBAY INC., AND DOES 1-50, <br><br> Defendants. | Case No.: <br><br> **REQUEST FOR DISMISSAL AS TO E-BAY, INC.** |

Plaintiff HANSSON, INC. ("HANSSON") by and through its undersigned counsel hereby dismiss EBAY, INC., with prejudice pursuant to FRCP 41 (a)(1).


Dated: January 3, 2008

                SCHEIN & CAI LLP


                By: _____
                  James Cai
                  Attorneys for Plaintiff
                  HANSSON, INC.

**PROOF OF SERVICE**
**[CCP §§ 1013, 1013a; CRC, Rule 2.306]**

I am employed by the law offices of Schein & Cai LLP, and my business address is 100 Century Center Court, Suite 315, San Jose, CA 95112. I am over the age of 18 years and I am not a party to the cause.

On January 4, 2008 at the law offices of Schein & Cai LLP, I caused the following documents to be served:

REQUEST FOR DISMISSAL AS TO E-BAY, INC.

Service by mail: I caused the documents to be served by depositing the documents in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, in a sealed envelope, with postage paid, addressed to the person on whom was served, at the office address as last given by that person on any document filed in the cause and served on the party making service by mail.

The name and address, and fax number (if applicable) of each person served in the manner stated above, is as follows:

Michael G. Rhodes, Esq.
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA 921231-1909

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: January 4, 2008

_____
Erick Covarrubias