IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANSSON, INC.,

        Plaintiff,

   v.

FRAN BROWER,

        Defendant.
                                  /

No. C 07-05898 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for February 26, 2008, is continued to **March 18, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 2/7/08

                                            SHEILAH CAHILL
                                            Deputy Clerk