James Cai, SBN 200189
Paul Hunt, SBN 111649
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Plaintiff
HANSSON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSSON, INC., | Case No.: C07-05898 CW |
| Plaintiff, | CMC STATEMENT |
| v. | |
| FRAN BROWER, EBAY INC., AND DOES 1-50, | |
| Defendants. | |

Plaintiff Hansson, Inc., submits this Case Management Statement.

## DESCRIPITON OF THE CASE

1.   A brief description of the events underlying the action:

Plaintiff is the owner of United States Trademark Registration No. 3232526, registered on April 24, 2007, for doll house furniture and miniature furniture figurines in Class 28.

Continuously since approximately August 1, 2004, Plaintiff has used its "Hansson" trademark in connection with and to identify its miniature furniture and to distinguish said products from similar products offered by other companies, by, and without limitation, prominently displaying said mark on miniature

furniture it sells and advertising and promotional materials distributed throughout the United States, including California.

In addition, as of the date of the filing of this complaint, Plaintiff is actively engaged in expanding its use of the "Hansson" trademark in connection with miniature furniture in interstate commerce through out the United States, including California.

Defendant BROWER infringed Plaintiff's mark in interstate commerce by various acts, including, without limitation, the selling, offering for sale, promotion and advertising similar miniature furniture under the name "Hansson" of a type virtually identical to the type of miniature furniture offered by Plaintiff on an internet website www.ebay.com hosted by co-Defendant Ebay, Inc. ("EBAY").

Defendant BROWER's use of "Hansson" mark in connection with miniature furniture is without permission or authority of the Plaintiff and said use is likely to cause confusion, to cause mistake and/or to deceive.

On or about October 5, 2007, Plaintiff notified Defendant BROWER in writing of her infringement activities.

Notwithstanding Plaintiff's written notice, Defendant BROWER continued to use the "Hansson" trademark without regard to Plaintiff's actual notice and constructive notice of its federal registration rights under 15 U.S.C. §1072.

Upon information and belief, Defendant's infringement activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damages to Plaintiff's business, reputation and good will in its federally registered "Hansson" trademark. Plaintiff has no adequate remedy at law.

2.   The principal factual issues which the parties dispute:

a.)   Did Defendant BROWER infringe Plaintiff's mark in interstate commerce by various acts, including, without limitation, the selling, offering for sale, promotion and advertising similar miniature furniture under the name

"Hansson" of a type virtually identical to the type of miniature furniture offered by Plaintiff on an internet website www.ebay.com hosted by co-Defendant Ebay, Inc. ("EBAY");

3. The principal legal issues which the parties dispute:

Whether there is copyright infringement by Defendant;

4. The other factual issues *[e.g. service of process, personal jurisdiction, subject mater jurisdiction or venue]* which remain unresolved for the reason stated below and how the parties propose to resolve those issues:

Defendant EBAY, Inc. has been dismissed without prejudice. Defendant BROWER has eluded service of Summons and Complaint. Plaintiff has requested a skip trace of defendant BROWER and Service should be complete within 15 days. That fails Plaintiff will file a Motion for Publication of Summons. Plaintiff requests another CMC within 90 days.

5. The parties which have not been served and the reasons:

Defendant BROWER has eluded service of Summons and Complaint. Plaintiff has requested a skip trace of defendant BROWER and Service should be complete within 15 days. That fails Plaintiff will file a Motion for Publication of Summons. Plaintiff requests another CMC within 90 days.

6. The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:

None.

7. The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:

Plaintiff.

## ALTERNATIVE DISPUTE RESOLUTION

8. The case was automatically assigned to Nonbinding Arbitration at filing, and will be ready for the hearing by:

None

9. Please indicate any other information regarding ADR process or deadline:

None.

## DISCLOSURES

10. The parties certify that they have made the following disclosures *[list disclosures of persons, documents, damage computations and insurance agreements]*:

Not applicable at this time.

<u>Witness</u>: Not applicable at this time.

<u>Documents</u>: Not applicable at this time.

<u>Damage computation</u>: Not applicable at this time.

<u>Insurance agreement</u>: Not applicable at this time.

## DISCOVERY

11. The parties agree to the following discovery plan:

Not applicable at this time.

## TRIAL SCHEDULE

*HANSSON, INC. v. BROWER et al.*
CMC Statement – Page 4

12. The parties suggest a trial date as follows:

    Not applicable at this time.

13. The parties expect that the trial will last for the following number of days:

    Not applicable at this time.

Dated: March 17, 2008

                      SCHEIN & CAI LLP

                      By: ___/s/ James Cai___
                          James Cai
                          Attorneys for Plaintiff
                          HANSSON, INC.