IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANSSON, INC.,

       Plaintiff,

  v.

FRAN BROWER, et al.,

       Defendants.
                                   /

No. 07-05898 CW

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    Pursuant to Plaintiff's Case Management Statement wherein Plaintiff states that service has not been completed on Defendant Fran Brower,

    IT IS HEREBY ORDERED that the Case Management Conference, previously set for March 18, 2008, is continued to June 17, 2008, at 2:00 p.m.  Plaintiff is reminded that pursuant to Rule 4(m), Fed. R. Civ. Proc., service must be completed within 120 days after filing of the complaint unless an extension of time has been granted.

Dated  3/17/08

CLAUDIA WILKEN
United States District Judge