Fran Brower
129 s. Virginia Avenue Apt 804
Atlantic City, NJ 08401
1-856-912-8387
Defendant



FILED
MAY 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HANSSON, INC.

    Plaintiff,

v.

FRAN BROWER, EBAY INC., AND DOES 1-50

    Defendant

Case No. C07-05898 CW

MOTION TO DISMISS
THE COMPLAINT AGAINST
DEFENDANT FRAN BROWER
FOR IMPROPER VENUE

To the Honorable Claudia Wilken, the undersigned Defendant respectfully states that

**Basic facts supporting Motion to dismiss for improper venue**

1. Defendant Fran Brower is a 74 year old senior citizen who resides in New Jersey.
2. Defendant, has never been or resided in California.
3. Defendant, has never done business in California.
4. Defendant has no connection to California whatsoever.
5. Defendant contacted the attorney for the plaintiff and plaintiff's attorney advised that Ebay is no longer a party to this case.
6. Defendant Fran Brower is the only defendant to this action and does not reside in California.
7. Defendant Fran Brower would be severely punished and overburdened by having to defend herself in California.
8. Several witnesses who Defendant would wish to call, all reside in New Jersey.
9. The events causing the rise of this case occurred in New Jersey.

**Plaintiffs request for Injunctive relief**

10. Plaintiff's complaint seeks a preliminary and permanent injunction restraining Defendant from using the term "Hansson", in connection with selling a product.

11. As an injunction is inherently time sensitive and granting this motion may delay the adjudication of this matter, Defendant puts forth that:

    A.  Defendant has not used the term "Hansson" in any part of their Ebay auctions since mid 2007.

    B.  Defendant has not used, since mid 2007, is not current using, and has no intention of using the term "Hansson" in any way or manner.

    C.  Defendant agrees that if this court grants Defendants Motion to dismiss this action for improper venue, or to transfer this action to the United States District Court for the District of New Jersey, Defendant will agree to continue to cease and desist from using the term "Hansson" in any way whatsoever for whatever time is necessary for Plaintiff to recommence their action in the proper venue. Further if Plaintiff does not seek to recommence their action, Defendant would permanently cease and desist from using the term "Hansson" now or at any time in the future.

**Agreement between parties to extend the time for filing an answer in this action**

12. Attached hereto and marked as exhibit 'A' is a letter by and between Plaintiff and Defendant acknowledging that the parties have agreed to an extension for Defendant to file their response to Plaintiffs complaint.

Wherefore, Defendant prays that this court grant our Motion to dismiss this action for improper venue, or to transfer this action to the United States District Court for the District of New Jersey.

Dated: May 1, 2008

By: _____

Fran Brower

Defendant

# SCHEIN & CAI LLP

100 CENTURY CENTER COURT – SUITE 315
SAN JOSE, CALIFORNIA 95112-4535

TELEPHONE: (408) 436-0789
FACSIMILE : (408) 436-0758
WWW.SACATTORNEYS.COM

April 24, 2008

*Exhibit A*

Fran Brower
11 Merryton Street
Voorhees, NJ 08043

Re:   Hansson, Inc., v. Brower
      United States District Court Case No.: 07-05898

Ms. Brower:

Please file an Answer to Plaintiff Hansson, Inc.'s Complaint within 10 days of this letter or we will seek default and default judgment against you.

If you have any questions, please do not hesitate to call me at (408) 436-0789.

Very truly yours,
SCHEIN & CAI LLP

James Cai
Attorney at Law

JC/ec