Fran Brower
129 s. Virginia Avenue Apt 804
Atlantic City, NJ 08401
1-856-912-8387
Defendant

**FILED**
MAY 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSSON, INC. | Case No. C07-05898 CW |
| Plaintiff, | |
| v. | AFFIDAVIT |
| FRAN BROWER, EBAY INC., AND DOES 1-50 | |
| Defendant | |

I, Fran Brower, Defendant in the above captioned matter, affirm and attest that all information provided in the attached Motion to dismiss for improper venue is true and correct to the best of my belief and knowledge.

Dated: May 1, 2008

By _/s/ Fran Brower_

Fran Brower

Defendant