Fran Brower
129 s. Virginia Avenue Apt 804
Atlantic City, NJ 08401
1-856-912-8387
Defendant



FILED
MAY 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSSON, INC.<br><br>    Plaintiff,<br><br>v.<br><br>FRAN BROWER, EBAY INC., AND DOES 1-50<br><br>    Defendant | Case No. C07-05898 CW<br><br>AFFIDAVIT OF SERVICE OF MOTION TO DISMISS FOR IMPROPER VENUE |

I, Fran Brower, Defendant in the above captioned matter, affirm and attest that a copy of the Motion to dismiss for improper venue was sent by certified and regular mail to:

James Cai
Schein & Cai LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone 408-436-0789

Dated: May 1, 2008

By: *Fran Brower* (signature)

Fran Brower

Defendant