FRAN BREWER
129 S. VIRGINIA AVE APT 804
ATLANTIC CITY N.J.
08401

7007 2560 0002 9273 9940

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1st STREET
SAN JOSE CALIFORNIA
95113



U.S. POSTAGE
PAID
VOORHEES, NJ
08043
MAY 02, '08
AMOUNT
$3.23
0006899l-06