IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSSON, INC., | No. C 07-05898 CW |
|     Plaintiff, | CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |
|   v. | |
| FRAN BROWER, et al., | |
|     Defendants. | |

Notice is hereby given that the Court, on its own motion, shall take Defendant Fran Brower's Motion to Dismiss the Complaint Against Defendant Fran Brower for Improper Venue under submission on the papers. Opposition to the motion will be due May 25, 2008, and any reply will be due June 5, 2008.

Dated: 5/19/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HANSSON, INC.,

        Plaintiff,

v.

FRAN BROWER, ET AL. et al,

        Defendant.

Case Number: CV07-05898 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fran Brower
129 S. Virginia Avenue
Apt. 804
Atlantic City, NJ 08401

Jingming James Cai
Paul D. Hunt
Schein & Cai, LLP
100 Century Center Court, Suite 315
San Jose, CA 95112-4535

Dated: May 19, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk