James Cai, SBN 200189
Paul Hunt, SBN 111649
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Plaintiff
HANSSON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRAN BROWER, EBAY INC., AND DOES 1-50, <br><br> Defendants. | Case No.: C07-05898 CW <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

Notice is hereby given that the above referenced case has been settled. Plaintiff will file a dismissal with prejudice of the complaint upon Defendant's completion of the Settlement Terms, due July 7, 2008.

Dated: May 21, 2008        By: /s/ James Cai
                                James Cai
                                Attorneys for Plaintiff
                                HANSSON, INC.

*HANSSON, INC. v. BROWER et al.*
NOTICE OF SETTLEMENT – Page 1