**CERTIFICATE OF SERVICE**

I am employed by the law offices of Schein & Cai LLP, and my business address is 100 Century Center Court, Suite 315, San Jose, CA 95112. I am over the age of 18 years and I am not a party to the cause.

On May 21, 2008 at the law offices of Schein & Cai LLP, I caused the following documents to be served:

NOTICE OF SETTLEMENT

Service by mail: I caused the documents to be served by depositing the documents in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, in a sealed envelope, with postage paid, addressed to the person on whom was served, at the office address as last given by that person on any document filed in the cause and served on the party making service by mail.

The name and address, and fax number (if applicable) of each person served in the manner stated above, is as follows:

Fran Brower
11 Merryton Street
Voorhees, NJ 08043

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: May 21, 2008

/s/ Erick Covarrubias
Erick Covarrubias