IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANSSON, INC.,

      Plaintiff,

  v.

FRAN BROWER, et al.,

      Defendants.
                                     /

No. C 07-05898 CW

<u>CONDITIONAL ORDER</u>
<u>OF DISMISSAL</u>

      The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

     IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.


Dated: 6/11/08

                                          CLAUDIA WILKEN
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HANSSON, INC.,

        Plaintiff,

v.

FRAN BROWER, ET AL. et al,

        Defendant.

Case Number: CV07-05898 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fran Brower
129 S. Virginia Avenue
Apt. 804
Atlantic City, NJ 08401

Jingming James Cai
Paul D. Hunt
Schein & Cai, LLP
100 Century Center Court, Suite 315
San Jose, CA 95112-4535

Dated: June 11, 2008

                                            Richard W. Wieking, Clerk
                                            By: Sheilah Cahill, Deputy Clerk